

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00770-CR

Tiffany **NEMECEK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 355th Judicial District Court, Hood County, Texas
Trial Court No. CR12464
The Honorable Ralph H. Walton Jr., Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED. Our order of May 7, 2014 is VACATED.

SIGNED May 21, 2014.

_____
Karen Angelini, Justice